**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

ANTHONY J. ROGERS, et al.,

Plaintiffs,

vs.

I D DESIGN, INC., et al.,

Defendants.

CIVIL ACTION FILE

NO. 1:06-CV-2101-CAP

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of the Magistrate Judge's Report & Recommendation and Defendants' Motions for Partial Summary Judgment, and the court having adopted the report & recommendation and granted said motions, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 17th day of April, 2009.

JAMES N. HATTEN
CLERK OF COURT

By: s/Andrea Gee
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 17, 2009
James N. Hatten
Clerk of Court

By: s/Andrea Gee
Deputy Clerk